# Exhibit 5

THOMAS R. BURKE (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email:    thomasburke@dwt.com

BRENDAN CHARNEY (CA State Bar No. 293378)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017
Telephone:    (213) 633-6800
Facsimile:    (213) 633-6899
Email:    brendancharney@dwt.com

AMBIKA K. DORAN (pro hac vice)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98040
Telephone:    (206) 757-8030
Facsimile:    (206) 757-7030
Email:    ambikadoran@dwt.com

Attorneys for defendants
REVEAL FROM THE CENTER FOR
INVESTIGATIVE REPORTING;
MATT SMITH; and AMY WALTERS

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET AID INC., and LISBETH THOMSEN,<br><br>Plaintiffs,<br><br>v.<br><br>REVEAL, CENTER FOR INVESTIGATIVE REPORTING, MATT SMITH, and AMY WALTERS,<br><br>Defendants. | Case No. 17-cv-03695-MMC<br><br>**INITIAL DISCLOSURES OF DEFENDANTS REVEAL, MATT SMITH, AND AMY WALTERS** |

DAVIS WRIGHT TREMAINE LLP

DAVIS WRIGHT TREMAINE LLP

1    Pursuant to Federal Rule of Civil Procedure 26(a)(1), defendants Reveal from the Center

2  for Investigative Reporting, Matt Smith, and Amy Walters (collectively, "Reveal") makes the

3  following initial disclosures.

4  **A.    Preliminary Statement**

5    Reveal's investigation is ongoing, and these initial disclosures are based on the

6  information reasonably available to Reveal at this time.  Reveal reserves the right to clarify,

7  amend, or supplement the information contained in these initial disclosures in accordance with

8  the Federal Rules of Civil Procedure.  Thus, Reveal reserves the right to make additional

9  disclosures, including the identification of additional individuals who may possess discoverable

10  information and the identification of additional documents, as information and documents

11  become available.  Reveal has omitted from these disclosures the  identities of sources to whom

12  Reveal promised confidentiality, in connection with Reveal's assertion of constitutional

13  protection for these confidential sources' identities.  If the identities of these sources are ordered

14  disclosed over Reveal's objection, Reveal reserves the right to supplement these disclosures to

15  add confidential sources as witnesses.  Reveal also reserves the right to remove from these

16  disclosures any individual if Reveal learns that the information known by such individual is not

17  discoverable.  These initial disclosures are provided without prejudice to Reveal's right to

18  introduce at a hearing or at trial any subsequently discovered evidence.

19    Reveal makes these initial disclosures in order to expedite the discovery process and

20  without waiving any objections to the admissibility of evidence under the Federal Rules of

21  Evidence or the Local Rules of this Court.  To the extent that the disclosure requirements could

22  call for the production of information protected by the attorney-client privilege or attorney work

23  product doctrine, they will be read to exclude production of information so protected.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

INITIAL DISCLOSURES OF DEFS REVEAL, MATT SMITH, AND AMY WALTERS
Case No. 17-cv-03695-MMC
4833-7179-7351v.14 0091850-000010

**B.      Individuals Likely To Have Discoverable Information**

Based upon information known to Reveal as of this date, Reveal believes that the following individuals are likely to have discoverable information that may be used to support Reveal's defenses:

1.      Lisbeth Thomsen.  Ms. Thomsen is a plaintiff in this action.  She may have discoverable information on the following subjects:

- The activities and finances of Development Aid People to People Malawi ("DAPP Malawi"), Planet Aid, Inc. ("Planet Aid"), and the organization referred to as Tvind or the Teachers' Group ("Tvind").
- The relationship between DAPP Malawi, Planet Aid, and Tvind.
- How Ms. Thomsen was damaged, if at all, by the statements and conduct alleged in the First Amended Complaint ("FAC").

2.      Ester Neltrup.  Ms. Neltrup is the President of Planet Aid, a plaintiff in this action, and is a member of Tvind.  She may have discoverable information on the following subjects:

- The activities and finances of Planet Aid, DAPP Malawi, and Tvind.
- The relationship between Planet Aid, DAPP Malawi, and Tvind.
- How Planet Aid was damaged, if at all, by the statements and conduct alleged in the FAC.

3.      Matt Smith.  Mr. Smith is a reporter at Reveal who investigated and/or authored certain of the statements that the FAC alleges to be false and/or damaging ("Challenged Statements").  Mr. Smith may be contacted through Reveal's counsel, Davis Wright Tremaine LLP.  He may have discoverable information on the following subjects:

- Reveal's investigation of facts pertinent to Challenged Statements.
- Plaintiffs' opportunities to participate in and respond to Reveal's investigation.
- The substantial truth of Challenged Statements.

4.      Amy Walters.  Ms. Walters is a radio producer at Reveal who investigated and/or authored certain of the Challenged Statements.  Ms. Walters may be contacted through Reveal's

2

INITIAL DISCLOSURES OF DEFS REVEAL, MATT SMITH, AND AMY WALTERS
Case No. 17-cv-03695-MMC
4833-7179-7351v.14 0091850-000010

DAVIS WRIGHT TREMAINE LLP

counsel, Davis Wright Tremaine LLP.  She may have discoverable information on the following subjects:

- Reveal's investigation of facts pertinent to Challenged Statements.
- Plaintiffs' opportunities to participate in and respond to Reveal's investigation.
- The substantial truth of Challenged Statements.

5.     Kandani Ngwira.  Mr. Ngwira is a journalist based in Malawi who investigated and/or authored certain of the Challenged Statements.  Mr. Ngwira may be contacted through Reveal's counsel, Davis Wright Tremaine LLP.  He may have discoverable information on the following subjects:

- Reveal's investigation of facts pertinent to Challenged Statements.
- The substantial truth of Challenged Statements.

6.     Amy Pyle.  Ms. Pyle is Reveal's Editor In Chief.   Ms. Pyle may be contacted through Reveal's counsel, Davis Wright Tremaine LLP.  She may have discoverable information on the following subjects:

- Reveal's investigation of facts pertinent to Challenged Statements.
- Plaintiffs' opportunities to participate in and respond to Reveal's investigation.
- The fact-checking of Challenged Statements.
- The editing of Challenged Statements.
- The substantial truth of Challenged Statements.

7.     Robert Rosenthal.  Mr. Rosenthal is an Executive Producer and member of the Board at Reveal (at the time of the investigation and publication of certain of the Challenged Statements, Mr. Rosenthal was Reveal's Executive Director).  Mr. Rosenthal may be contacted through Reveal's counsel, Davis Wright Tremaine LLP.  He may have discoverable information on the following subjects:

- Reveal's investigation of facts pertinent to Challenged Statements.

INITIAL DISCLOSURES OF DEFS REVEAL, MATT SMITH, AND AMY WALTERS
Case No. 17-cv-03695-MMC
4833-7179-7351v.14 0091850-000010

DAVIS WRIGHT TREMAINE LLP

DAVIS WRIGHT TREMAINE LLP

- Plaintiffs' opportunities to participate in and respond to Reveal's investigation.
- The fact-checking of Challenged Statements.
- The editing of Challenged Statements.
- The substantial truth of Challenged Statements.

8.   Robert Salladay. Mr. Salladay is an Executive Producer at Reveal. Mr. Salladay may be contacted through Reveal's counsel, Davis Wright Tremaine LLP. He may have discoverable information on the following subjects:

- Reveal's investigation of facts pertinent to Challenged Statements.
- Plaintiffs' opportunities to participate in and respond to Reveal's investigation.
- The fact-checking of Challenged Statements.
- The editing of Challenged Statements.
- The substantial truth of Challenged Statements.

9.   Kevin Sullivan. Mr. Sullivan is an Executive Producer at Reveal. Mr. Sullivan may be contacted through Reveal's counsel, Davis Wright Tremaine LLP. He may have discoverable information on the following subjects:

- Reveal's investigation of facts pertinent to Challenged Statements.
- Plaintiffs' opportunities to participate in and respond to Reveal's investigation.
- The fact-checking of Challenged Statements.
- The editing of Challenged Statements.
- The substantial truth of Challenged Statements.

10.   Naila Ahmed. Ms. Ahmed is a development economist previously employed by Planet Aid as a manager of agricultural partnerships. She may have discoverable information on the following subjects:

- The activities and finances of Planet Aid.
- The relationship between Planet Aid and Tvind.

INITIAL DISCLOSURES OF DEFS REVEAL, MATT SMITH, AND AMY WALTERS
Case No. 17-cv-03695-MMC
4833-7179-7351v.14 0091850-000010

1        • Reveal's investigation of facts pertinent to Challenged Statements.

2        • The substantial truth of Challenged Statements.

3        11.    Kris Alonge.  Ms. Alonge is a researcher.  She may have discoverable information

4    on the following subjects:

5        • The relationship between Tvind and Planet Aid.

6        • The activities and finances of Planet Aid.

7        • Reveal's investigation of facts pertinent to Challenged Statements.

8        • The substantial truth of Challenged Statements.

9        12.    Jostein Alvestad.  Mr. Alvestad is a former employee of the school of

10    International Cooperation and Development and a former member of Tvind.  He may have

11    discoverable information on the following subjects:

12        • The relationship between Tvind and Planet Aid.

13        • The activities and finances of Tvind and Planet Aid.

14        • Reveal's investigation of facts pertinent to Challenged Statements.

15        • The substantial truth of Challenged Statements.

16        13.    Yona Banda.  Mr. Banda is a former employee of DAPP Malawi and a former

17    member of Tvind.  He may have discoverable information on the following subjects:

18        • The activities and finances of DAPP Malawi and Tvind.

19        • The relationship between DAPP Malawi and Tvind.

20        • Reveal's investigation of facts pertinent to Challenged Statements.

21        • The substantial truth of Challenged Statements.

22        14.    Orla Borg.  Ms. Borg is a Danish journalist.  She may have discoverable

23    information on the following subjects:

24        • The relationship between Tvind, DAPP Malawi and/or Planet Aid.

25        • The activities and finances of Tvind, DAPP Malawi and/or Planet Aid.

26        • Reveal's investigation of facts pertinent to Challenged Statements.

27        • The substantial truth of Challenged Statements.

28

INITIAL DISCLOSURES OF DEFS REVEAL, MATT SMITH, AND AMY WALTERS
Case No. 17-cv-03695-MMC
4833-7179-7351v.14 0091850-000010

DAVIS WRIGHT TREMAINE LLP

15. Stefan Cassella. Mr. Casella is the former Chief of the Asset Forfeiture and Money Laundering Section of the Office of the U.S. Attorney for the District of Maryland. He may have discoverable information on the following subjects:

- The finances of Planet Aid.
- Reveal's investigation of facts pertinent to Challenged Statements.
- The substantial truth of Challenged Statements.

16. Edson Chagara. Mr. Chagara is a freelance photographer who took photographs of Mr. Smith and Ms. Walters' trip to Africa. Mr. Chagara may be contacted through Reveal's counsel, Davis Wright Tremaine LLP. He may have discoverable information on the following subjects:

- Reveal's investigation of facts pertinent to Challenged Statements.
- The substantial truth of Challenged Statements.

17. Andrew Chalamanda. Mr. Chalamanda is a former employee of DAPP Malawi. He may have discoverable information on the following subjects:

- The activities and finances of DAPP Malawi.
- The relationship between DAPP Malawi and Tvind.
- Reveal's investigation of facts pertinent to Challenged Statements.
- The substantial truth of Challenged Statements.

18. Enock Chikaonda. Mr. Chikaonda is a former vice-chairperson of a DAPP Malawi Farmers' Club in Malawi. He may have discoverable information on the following subjects:

- The activities and finances of DAPP Malawi.
- Reveal's investigation of facts pertinent to Challenged Statements.
- The substantial truth of Challenged Statements.

19. Witness Chibwana. Mr. Chibwana is a village chief of Njuli village in Malawi. He may have discoverable information on the following subjects:

- The activities of DAPP Malawi.
- Reveal's investigation of facts pertinent to Challenged Statements.

INITIAL DISCLOSURES OF DEFS REVEAL, MATT SMITH, AND AMY WALTERS
Case No. 17-cv-03695-MMC
4833-7179-7351v.14 0091850-000010

- The substantial truth of Challenged Statements.

20. **Kudzai Chimhangwa.** Mr. Chimhangwa is a journalist based in Malawi who assisted Reveal in investigating Challenged Statements. Mr. Chimhangwa may be contacted through Reveal's counsel, Davis Wright Tremaine LLP. He may have discoverable information on the following subjects:

- Reveal's investigation of facts pertinent to Challenged Statements.
- The substantial truth of Challenged Statements.

21. **Innocent Chitosi.** Mr. Chitosi is former Public Information Officer for DAPP Malawi and an editor at Malawi's Times Media Group of newspapers. He may have discoverable information on the following subjects:

- The activities and finances of DAPP Malawi.
- The relationship between DAPP Malawi and Tvind.
- Reveal's investigation of facts pertinent to Challenged Statements.
- The substantial truth of Challenged Statements.

22. **Simon Cox.** Mr. Cox is a journalist with the BBC. He may have discoverable information on the following subjects:

- The activities and finances of DAPP Malawi, Planet Aid, and Tvind.
- The relationship between DAPP Malawi, Planet Aid, and Tvind.
- Reveal's investigation of facts pertinent to Challenged Statements.
- The substantial truth of Challenged Statements.

23. **Meredith Crocker.** Ms. Crocker is a former employee of Planet Aid. She may have discoverable information on the following subjects:

- The relationship between Tvind and Planet Aid.
- The activities and finances of Tvind and Planet Aid.
- Reveal's investigation of facts pertinent to Challenged Statements.
- The substantial truth of Challenged Statements.

INITIAL DISCLOSURES OF DEFS REVEAL, MATT SMITH, AND AMY WALTERS
Case No. 17-cv-03695-MMC
4833-7179-7351v.14 0091850-000010

DAVIS WRIGHT TREMAINE LLP

DAVIS WRIGHT TREMAINE LLP

24.     Morten Crone.  Mr. Crone is an investigative journalist with Denmark's Berlingske newspaper.  He may have discoverable information on the following subjects:

- Reveal's investigation of facts pertinent to Challenged Statements.
- The substantial truth of Challenged Statements.

25.     Stuart Crookshank.  Mr. Crookshank served as an investigator with the Charity Commission in the United Kingdom.  He may have discoverable information on the following subjects:

- Allegations of fraud against Planet Aid UK.
- The substantial truth of Challenged Statements.

26.     Charlotte Danckert is the Partnership Manager at DAPP Malawi and a member of Tvind.  She may have discoverable information on the following subjects:

- The activities and finances of Planet Aid, DAPP Malawi, and Tvind.
- The relationship between Tvind, Planet Aid, and DAPP Malawi.
- How Planet Aid was damaged, if at all, by the statements and conduct alleged in the FAC.

27.     Maria Darsbo.  Ms. Darsbo is a former director of Planet Aid, and the Secretary of DAPP Malawi.  She may have discoverable information on the following subjects:

- The activities and finances of Planet Aid, DAPP Malawi, and Tvind.
- The relationship between Planet Aid, DAPP Malawi, and Tvind.
- How Planet Aid was damaged, if at all, by the statements and conduct alleged in the FAC.

28.     Michael Durham.  Mr. Durham is a journalist based in the United Kingdom.  He may have discoverable information on the following subjects:

- The relationship between Tvind, DAPP Malawi and/or Planet Aid.
- The activities and finances of Tvind, DAPP Malawi and/or Planet Aid.
- Reveal's investigation of facts pertinent to Challenged Statements.
- The substantial truth of Challenged Statements.

8

29.     Sumayya Ellahi.  Ms. Ellahi is a former employee of Planet Aid.  She may have discoverable information on the following subjects:

- The relationship between Tvind and Planet Aid.
- The activities and finances of Tvind and Planet Aid.
- Reveal's investigation of facts pertinent to Challenged Statements.
- The substantial truth of Challenged Statements.

30.     Frede Farmand.  Mr. Farmand is a Danish author.  He may have discoverable information on the following subjects:

- The relationship between Tvind, DAPP Malawi and/or Planet Aid.
- The activities and finances of Tvind, DAPP Malawi and/or Planet Aid.
- Reveal's investigation of facts pertinent to Challenged Statements.
- The substantial truth of Challenged Statements.

31.     Jonathan Franks.  Mr. Franks is a communications strategist who communicated on Planet Aid's behalf with Reveal concerning this matter.  He may have discoverable information on the following subjects:

- The activities and finances of Planet Aid.
- The relationship between Planet Aid and Tvind.
- Plaintiffs' opportunities to participate in and respond to Reveal's investigation.
- How Planet Aid was damaged, if at all, by the statements and conduct alleged in the FAC.

32.     Poul Gade.  Mr. Gade is a former deputy public prosecutor at the Danish Public Prosecutor for Serious Economic Crime.  He may have discoverable information on the following subjects:

- The relationship between Tvind, DAPP Malawi, and Planet Aid.
- The activities and finances of Tvind, DAPP Malawi, and Planet Aid.
- Reveal's investigation of facts pertinent to Challenged Statements.
- The substantial truth of Challenged Statements.

INITIAL DISCLOSURES OF DEFS REVEAL, MATT SMITH, AND AMY WALTERS
Case No. 17-cv-03695-MMC
4833-7179-7351v.14 0091850-000010

DAVIS WRIGHT TREMAINE LLP

33.    Randi Goldstein. Ms. Goldstein is a former Planet Aid employee. She may have discoverable information on the following subjects:

- The activities and finances of Planet Aid.
- The relationship between Planet Aid and Tvind.
- Reveal's investigation of facts pertinent to Challenged Statements.
- The substantial truth of Challenged Statements.

34.    Patrick Goteka. Mr. Goteka is a former employee of DAPP Malawi, and a former member of Tvind. He may have discoverable information on the following subjects:

- The activities and finances of DAPP Malawi and Tvind.
- The relationship between DAPP Malawi and Tvind.
- Reveal's investigation of facts pertinent to Challenged Statements.
- The substantial truth of Challenged Statements.

35.    Frede Jakobsen Gudbjerg. Mr. Gudbjerg is a Danish journalist. He may have discoverable information on the following subjects:

- The relationship between Tvind, DAPP Malawi and/or Planet Aid.
- The activities and finances of Tvind, DAPP Malawi and/or Planet Aid.
- Reveal's investigation of facts pertinent to Challenged Statements.
- The substantial truth of Challenged Statements.

36.    Knud Haargaard. Mr. Haargaard is a former investigator for the Danish Prosecutor's Office For Serious Economic Crime. He may have discoverable information on the following subjects:

- The relationship between Tvind, DAPP Malawi, and Planet Aid.
- The activities and finances of Tvind, DAPP Malawi, and Planet Aid.
- Reveal's investigation of facts pertinent to Challenged Statements.
- The substantial truth of Challenged Statements.

37.    Ib Oestergaard Hansen. Mr. Hansen is the former chairman of DAPP Malawi. He may have discoverable information on the following subjects:

- The relationship between Tvind and DAPP Malawi.

DAVIS WRIGHT TREMAINE LLP

- The activities and finances of Tvind and DAPP Malawi.
- Reveal's investigation of facts pertinent to Challenged Statements.
- The substantial truth of Challenged Statements.

38.    Eva Jung.  Ms. Jung is an investigative journalist with Denmark's Berlingske newspaper.  She may have discoverable information on the following subjects:

- Reveal's investigation of facts pertinent to Challenged Statements.
- The substantial truth of Challenged Statements.

39.    Britta Junge.  Ms. Junge is a former member of Tvind. She may have discoverable information on the following subjects:

- The relationship between Tvind and DAPP Malawi.
- The activities and finances of Tvind and DAPP Malawi.
- Reveal's investigation of facts pertinent to Challenged Statements.
- The substantial truth of Challenged Statements.

40.    Johnny Kamwendo.  Mr. Kamwendo is a person with knowledge of DAPP Malawi Farmers' Clubs in and around Mataka village, Malawi.  He may have discoverable information on the following subjects:

- The activities and finances of DAPP Malawi.
- Reveal's investigation of facts pertinent to Challenged Statements.
- The substantial truth of Challenged Statements.

41.    Kambani Kufandiko.  Mr. Kufandiko is a former employee of DAPP Malawi.  He may have discoverable information on the following subjects:

- The activities and finances of DAPP Malawi.
- The relationship between DAPP Malawi and Tvind.
- Reveal's investigation of facts pertinent to Challenged Statements.
- The substantial truth of Challenged Statements.

DAVIS WRIGHT TREMAINE LLP

INITIAL DISCLOSURES OF DEFS REVEAL, MATT SMITH, AND AMY WALTERS
Case No. 17-cv-03695-MMC
4833-7179-7351v.14 0091850-000010

42.   Marie Lichtenberg.  Ms. Lichtenberg is the Director of International Partnership at Planet Aid and a member of Tvind.  She may have discoverable information on the following subjects:

- The activities and finances of Planet Aid, DAPP Malawi, and Tvind.
- The relationship between Planet Aid, DAPP Malawi, and Tvind.
- How Planet Aid was damaged, if at all, by the statements and conduct alleged in the FAC.

43.   Simon Lichtenberg.  Mr. Lichtenberg is a member of Tvind.  He may have discoverable information on the following subjects:

- The activities and finances of Planet Aid, DAPP Malawi, and Tvind.
- The relationship between Planet Aid, DAPP Malawi, and Tvind.

44.   Harrison Longwe.  Mr. Longwe is the former financial controller of DAPP Malawi.  He may have discoverable information on the following subjects:

- The activities and finances of DAPP Malawi and Tvind.
- The relationship between DAPP Malawi and Tvind.
- Reveal's investigation of facts pertinent to Challenged Statements.
- The substantial truth of Challenged Statements.

45.   Chiku Malabwe.  Mr. Malabwe is a former employee of DAPP Malawi, and a former member of Tvind.  He may have discoverable information on the following subjects:

- The activities and finances of DAPP Malawi and Tvind.
- The relationship between DAPP Malawi and Tvind.
- Reveal's investigation of facts pertinent to Challenged Statements.
- The substantial truth of Challenged Statements.

46.   Anna Meisel.  Ms. Meisel is a journalist with the BBC.  She may have discoverable information on the following subjects:

- The activities and finances of DAPP Malawi, Planet Aid, and Tvind.
- The relationship between DAPP Malawi, Planet Aid, and Tvind.
- Reveal's investigation of facts pertinent to Challenged Statements.

DAVIS WRIGHT TREMAINE LLP

- The substantial truth of Challenged Statements.

47.    Colin Miller.  Mr. Miller is a former program analyst for the USDA.  He may have discoverable information on the following subjects:

- The activities and finances of DAPP Malawi and Planet Aid.
- The substantial truth of Challenged Statements.

48.    Jess Moeller.  Ms. Moeller is a Danish author.  She may have discoverable information on the following subjects:

- The activities and finances of Tvind, DAPP Malawi and/or Planet Aid.
- The relationship between Tvind, DAPP Malawi and/or Planet Aid.
- Reveal's investigation of facts pertinent to Challenged Statements.
- The substantial truth of Challenged Statements.

49.    Paul Molande.  Mr. Molande is a former chairperson of the DAPP Malawi Farmers' Club in Malawi.  He may have discoverable information on the following subjects:

- The activities and finances of DAPP Malawi.
- Reveal's investigation of facts pertinent to Challenged Statements.
- The substantial truth of Challenged Statements.

50.    Derrick Ndamyo Mpeta.  Mr. Mpeta is the former Project Leader at a DAPP Malawi Vocational College in Malawi.  He may have discoverable information on the following subjects:

- The activities and finances of DAPP Malawi.
- The relationship between DAPP Malawi and Tvind.
- Reveal's investigation of facts pertinent to Challenged Statements.
- The substantial truth of Challenged Statements.

51.    Jackson Mtimbuka.  Mr. Mtimbuka is a former manager of DAPP Malawi Farmers' Clubs in Malawi and a former member of Tvind.  He may have discoverable information on the following subjects:

- The activities and finances of DAPP Malawi and Tvind.
- The relationship between DAPP Malawi and Tvind.

DAVIS WRIGHT TREMAINE LLP

1    • Reveal's investigation of facts pertinent to Challenged Statements.

2    • The substantial truth of Challenged Statements.

3    52.    Thomas More Mudzvova.  Mr. Mudzvova has been a Vice Chairperson of DAPP

4    Malawi.  He may have discoverable information on the following subjects:

5    • The relationship between Tvind and DAPP Malawi.

6    • The activities and finances of Tvind and DAPP Malawi.

7    • Reveal's investigation of facts pertinent to Challenged Statements.

8    • The substantial truth of Challenged Statements.

9    53.    Christian Kirk Muff.  Mr. Kirk Muff is a Danish documentary filmmaker.  He

10   may have discoverable information on the following subjects:

11   • The relationship between Tvind, DAPP Malawi and/or Planet Aid.

12   • The activities and finances of Tvind, DAPP Malawi and/or Planet Aid.

13   • Reveal's investigation of facts pertinent to Challenged Statements.

14   • The substantial truth of Challenged Statements.

15   54.    Mbachi Munthali.  Ms. Mbachi is a former procurement officer for DAPP

16   Malawi.  She may have discoverable information on the following subjects:

17   • The activities and finances of DAPP Malawi.

18   • The relationship between DAPP Malawi and Tvind.

19   • Reveal's investigation of facts pertinent to Challenged Statements.

20   • The substantial truth of Challenged Statements.

21   55.    Akim John Mvula. Mr. Mvula is a former employee of DAPP Malawi, and a

22   former member of Tvind.  He may have discoverable information on the following subjects:

23   • The activities and finances of DAPP Malawi and Tvind.

24   • The relationship between DAPP Malawi and Tvind.

25   • Reveal's investigation of facts pertinent to Challenged Statements.

26   • The substantial truth of Challenged Statements.

27

28

DAVIS WRIGHT TREMAINE LLP

56.   André Batista Neves.   Mr. Neves is a Brazilian prosecutor. He may have discoverable information on the following subjects:

- The relationship between Tvind and Planet Aid.
- The activities and finances of Tvind and Planet Aid.
- The substantial truth of Challenged Statements.

57.   Mikael Norling.   Mr. Norling is a former President of Planet Aid and a member of Tvind.  He may have discoverable information on the following subjects:

- The activities and finances of Planet Aid and Tvind.
- The relationship between Planet Aid and Tvind.
- How Planet Aid was damaged, if at all, by the statements and conduct alleged in the FAC.

58.   Farai Nyamuranga.   Ms. Nyamuranga is a former accountant for the Federation of Associations connected to the International Humana People to People Movement.  She may have discoverable information on the following subjects:

- The activities and finances of DAPP Malawi and/or Planet Aid.
- The relationship between DAPP Malawi, Planet Aid, and Tvind.
- Reveal's investigation of facts pertinent to Challenged Statements.
- The substantial truth of Challenged Statements.

59.   Andrew Rice.   Mr. Rice is a communications strategist who communicated on Planet Aid's behalf with Reveal concerning this matter.  He may have discoverable information on the following subjects:

- The activities and finances of Planet Aid.
- The relationship between Planet Aid and Tvind.
- Planet Aid and Ms. Thomsen's opportunities to participate in and respond to Reveal's investigation.
- How Planet Aid was damaged, if at all, by the statements and conduct alleged in the FAC.

DAVIS WRIGHT TREMAINE LLP

60.     Bolette Strandbygaard. Ms. Strandbygaard is the former Chairperson of DAPP Malawi. She may have discoverable information on the following subjects:

- The relationship between Tvind and DAPP Malawi.
- The activities and finances of Tvind and DAPP Malawi.
- Reveal's investigation of facts pertinent to Challenged Statements.
- The substantial truth of Challenged Statements.

61.     Ole Thomsen. Mr. Thomsen has been a trustee of DAPP Malawi, is a member of Tvind and the husband of Ms. Thomsen. He may have discoverable information on the following subjects:

- The activities and finances of DAPP Malawi and Tvind.
- The relationship between DAPP Malawi and Tvind.
- How Ms. Thomsen was damaged, if at all, by the statements and conduct alleged in the FAC.

62.     Steen Thomsen. Mr. Thomsen is a Danish author.  He may have discoverable information on the following subjects:

- The activities and finances of Tvind, DAPP Malawi and/or Planet Aid.
- The relationship between Tvind, DAPP Malawi and/or Planet Aid.
- Reveal's investigation of facts pertinent to Challenged Statements.
- The substantial truth of Challenged Statements.

63.     Representative of UNESCO.  The representative may have discoverable information on the following subjects:

- The relationship between Tvind and DAPP Malawi.
- The activities and finances of DAPP Malawi.
- The substantial truth of Challenged Statements.
- How Planet Aid and/or Lisbeth Thomsen was damaged, if at all, by the statements and conduct alleged in the FAC.

DAVIS WRIGHT TREMAINE LLP

64. Representative of UNICEF. The representative may have discoverable information on the following subjects:

- The relationship between Tvind and DAPP Malawi.
- The activities and finances of DAPP Malawi.
- The substantial truth of Challenged Statements.
- How Planet Aid and/or Lisbeth Thomsen was damaged, if at all, by the statements and conduct alleged in the FAC.

65. Representative of the United Kingdom's Department for International Development. The representative may have discoverable information on the following subjects:

- The relationship between Tvind and DAPP Malawi.
- The activities and finances of DAPP Malawi.
- The substantial truth of Challenged Statements.
- How Planet Aid and/or Lisbeth Thomsen was damaged, if at all, by the statements and conduct alleged in the FAC.

66. Representative of the United States Agency for International Development. The representative may have discoverable information on the following subjects:

- The relationship between Tvind, Planet Aid, and DAPP Malawi.
- The activities and finances of Planet Aid and DAPP Malawi.
- The substantial truth of Challenged Statements.
- How Planet Aid and/or Lisbeth Thomsen was damaged, if at all, by the statements and conduct alleged in the FAC.

67. Representative of the United States Department of Agriculture. The representative may have discoverable information on the following subjects:

- The relationship between Tvind, Planet Aid, and DAPP Malawi.
- The activities and finances of Planet Aid and DAPP Malawi.
- The substantial truth of Challenged Statements.
- How Planet Aid and/or Lisbeth Thomsen was damaged, if at all, by the statements and conduct alleged in the FAC.

DAVIS WRIGHT TREMAINE LLP

INITIAL DISCLOSURES OF DEFS REVEAL, MATT SMITH, AND AMY WALTERS
Case No. 17-cv-03695-MMC
4833-7179-7351v.14 0091850-000010

68.     Rikke Viholm.  Mr. Viholm has been a director of DAPP Malawi.  He may have discoverable information on the following subjects:

- The relationship between Tvind and DAPP Malawi.
- The activities and finances of Tvind and DAPP Malawi.
- Reveal's investigation of facts pertinent to Challenged Statements.
- The substantial truth of Challenged Statements.

69.     Marko Zebiah.  Mr. Zebiah is a former employee of DAPP Malawi, and a former member of Tvind.  He may have discoverable information on the following subjects:

- The activities and finances of DAPP Malawi and Tvind.
- The relationship between DAPP Malawi and Tvind.
- Reveal's investigation of facts pertinent to Challenged Statements.
- The substantial truth of Challenged Statements.

70.     Any individual disclosed by Plaintiffs as a potential witness or person who may have discoverable information in this matter.

**C.      Documents That Support Reveal's Position**

Based upon information known to Reveal as of this date, Reveal may use the following documents to support its defenses:

- Documents that Reveal obtained in its investigation and relied upon in writing the Challenged Statements, including: interview notes, transcripts, and recordings; e-mails and text messages with sources; communications and statements by sources; documents provided by sources pertaining to Planet Aid, DAPP Malawi, Tvind, and other affiliated entities; e-mails and text messages among and between reporters, producers, and others working on Reveal's behalf to gather information; court records; news reports; books; publicly available government documents and reports; government documents obtained through FOIA and similar processes for public access; financial and/or corporate disclosures, reports, and other

DAVIS WRIGHT TREMAINE LLP

18

documents; and other documents obtained in newsgathering.  These documents are being retained by Davis Wright Tremaine LLP.

- Reveal's editorial and fact-checking documents concerning publications containing the Challenged Statements.  These documents are being retained by Davis Wright Tremaine LLP.

- Documents gathered after publication of certain of the Challenged Statements which confirm the veracity of such Statements, including but not limited to: interview notes, transcripts, and recordings; e-mails and text messages with sources; communications and statements by sources; documents provided by sources pertaining to Planet Aid, DAPP Malawi, Tvind, and other affiliated entities; e-mails and text messages among and between reporters, producers, and others working on Reveal's behalf to gather information; court records; news reports; books; publicly available government documents and reports; government documents obtained through FOIA and similar processes for public access; financial and/or corporate disclosures, reports, and other documents; and other documents obtained in newsgathering conducted after publication of certain of the Challenged Statements. These documents are being retained by Davis Wright Tremaine LLP.

- Communications between and among Reveal and third-party news organizations that published certain Challenged Statements.  These documents are being retained by Davis Wright Tremaine LLP.

- Documents concerning the professional credentials of Kandani Ngwira, such as letters of recommendation. These documents are being retained by Davis Wright Tremaine LLP.

- Planet Aid's internal documents and communications concerning the subject matter of the Challenged Statements.  These documents are in Planet Aid's possession, custody, and control.

19

DAVIS WRIGHT TREMAINE LLP

DAVIS WRIGHT TREMAINE LLP

1  • DAPP Malawi's internal documents and communications concerning the

2  subject matter of the Challenged Statements.  These documents are in

3  DAPP Malawi's possession, custody, and control.

4  • Documents relating to Planet Aid's status as a public figure, including but

5  not limited to public statements, reports, presentations, interviews, and

6  news reports.  These documents are in Planet Aid's possession, custody, or

7  control and/or are publicly available and are being retained by Davis

8  Wright Tremaine LLP.

9  • Documents relating to Lisbeth Thomsen's status as a public figure,

10  including but not limited to public statements, reports, presentations,

11  interviews, and news reports.  These documents are in Planet Aid's

12  possession, custody, or control and/or are publicly available and are being

13  retained by Davis Wright Tremaine LLP.

14  • Documents relating to Planet Aid's claimed damages, including but not

15  limited to news reports.  These documents are publicly available and are

16  being retained by Davis Wright Tremaine LLP.

17  • Documents relating to Lisbeth Thomsen's claimed damages, including but

18  not limited to news reports.  These documents are publicly available and

19  are being retained by Davis Wright Tremaine LLP.

20  **D.    Computation of Damages**

21  Reveal does not currently seek damages in this action and denies that Planet Aid, Ms.

22  Thomsen, or anyone else has suffered any damages as a result of any conduct attributable to

23  Reveal. If the Court grants Reveal's pending anti-SLAPP motion, Reveal will seek to recover its

24  reasonable attorneys' fees pursuant to California Code Civ. Proc. § 425.16(c).  Reveal reserves

25  the right to amend or supplement the foregoing response if a counterclaim is filed.

26  ///

27  ///

28  ///

20

1 | **E.      Possible Insurance Coverage**

2 |      There is an insurance policy under which an insurer may be liable to satisfy all or part of

3 | a judgment against Reveal in this action.

4 |

5 | DATED: June 4, 2018               Respectfully submitted,

6 |                                DAVIS WRIGHT TREMAINE LLP

7 |

8 |                                By: _____
                                      Thomas R. Burke

9 |

10 |                                Attorneys for Defendants REVEAL FROM THE CENTER FOR INVESTIGATIVE REPORTING; MATT SMITH; and AMY WALTERS

**DAVIS WRIGHT TREMAINE LLP**

INITIAL DISCLOSURES OF DEFS REVEAL, MATT SMITH, AND AMY WALTERS
Case No. 17-cv-03695-MMC
4833-7179-7351v.13 0091850-000010