UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET AID, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>REVEAL, CENTER FOR INVESTIGATIVE REPORTING, et al.,<br><br>    Defendants. | Case No. 18-mc-80139-MMC (JSC)<br><br>**ORDER GRANTING MOTION TO QUASH WITHOUT PREJUDICE TO PLAINTIFF SERVING A NEW SUBPOENA**<br><br>Re: Dkt. No. 1 |

Plaintiff Planet Aid, Inc. served a Rule 45 subpoena on non-party Kristine Kay Alonge. Ms. Alonge subsequently moved to quash the subpoena and the motion to quash was referred to this magistrate judge for ruling. (Dkt. No. 16.) The undersigned magistrate judge has been managing discovery in the underlying related case, 17-cv-3695 MMC. It is the parties' hope that the defendants in the related case will be able to produce evidence sufficient for Plaintiffs to adequately respond to the anti-SLAPP motion, thus obviating the need for the subpoena, at least at this stage in the proceedings. In light of these parallel discovery proceedings, non-party Alonge's motion to quash is GRANTED. The Court's order is without prejudice to service of a subsequent subpoena should one become necessary.

This Order disposes of Docket No. 1.

**IT IS SO ORDERED.**

Dated: December 11, 2018

JACQUELINE SCOTT CORLEY
United States Magistrate Judge